

Decided September 8, 2016

| | | |
|---|---|---|
| Aly T., Matter of, v Francisco B. | 1st Dept: 139 AD3d 597 | denied |
| Baker v Lofink Motor Co., Inc. | 4th Dept: 137 AD3d 1613 | denied |
| Bethune v MTA Long Is. Bus | 2d Dept: 138 AD3d 1052 | denied* |
| Civil Serv. Empls. Assn. Inc., Local 1000, AFSCME, AFL-CIO Matter of, v Westchester County Health Care Corp. | 2d Dept: 138 AD3d 741 | denied |
| Garofano, Matter of, v Board of Educ. of Ramapo Cent. Sch. Dist. | 2d Dept: 139 AD3d 726 | denied |
| Greco-Meyer, Matter of, v Nassau County Police Dept. | 3d Dept: 139 AD3d 1296 | denied |
| Hyman v Schwartz | App Div, 3d Dept: 2016 NY Slip Op 74811(U), 2016 NY Slip Op 74812(U) | denied |
| Jacobs, Matter of, v Jacobs | 2d Dept: 138 AD3d 742 | denied |
| Johnson, Matter of, v Annucci | 3d Dept: 140 AD3d 1519 | denied |
| Levine v 425 Madison Assoc. | 1st Dept: 138 AD3d 606 | denied |
| Lucas v Devlin | 3d Dept: 139 AD3d 1196 | denied |
| People v Coalition Against Breast Cancer, Inc. | 2d Dept: 134 AD3d 1081 | denied |
| People v Colon | 1st Dept: 139 AD3d 466 | denied* |
| People v Reid | 1st Dept: 141 AD3d 156 | denied |
| Pieroni v Phillips Lytle LLP | 4th Dept: 140 AD3d 1707 | denied |
| Queens W. Dev. Corp., Matter of (Nixbot Realty Assoc.) | 2d Dept: 139 AD3d 863 | denied |
| Smoke, Matter of, v Planning Bd. of Town of Greig | 4th Dept: 138 AD3d 1437 | denied |
| Tisdell v Metropolitan Transp. Auth. | 2d Dept: 139 AD3d 844 | denied |
| Wietschner v Dimon | 1st Dept: 139 AD3d 461 | denied |

* Motion for poor person relief dismissed as academic or denied.